Slip Op. 99-41

# *UNITED STATES COURT OF INTERNATIONAL TRADE*

|  |  |
|---|---|
| THE PILLSBURY COMPANY, | : |
|         Plaintiff, | :    **Before: MUSGRAVE, JUDGE** |
|         v. | : |
| THE UNITED STATES, | :    Court Nos. 93-03-00161 and |
|         Defendant. | :                 98-12-03190 |

## ORDER

Upon careful consideration of plaintiff's Motion to Consolidate Actions and to Establish a Trial Schedule, defendant's memorandum in opposition thereto, oral argument, and all other papers and proceedings, it is hereby:

**ORDERED** that plaintiff's Motion to Consolidate Actions and to Establish a Trial Schedule be, and hereby is, denied; and it is further

**ORDERED** that the parties shall confer and file, within 30 days of the date of this Order, a joint proposed Judgment Order in Court No. 93-03-00161 in accordance with the Slip-Op. 98-109 granting summary judgment to the plaintiff; and it is further

**ORDERED** that if the parties are unable to file a joint proposed Judgment Order, then each party shall file a proposed Judgment Order within 30 days of the date of this Order.

_____
R. KENTON MUSGRAVE, JUDGE

Dated: May 3, 1999
      New York, New York